Sarah Bluestein, as Administratrix, etc., of Benjamin Bluestein, Deceased, Respondent, v. The Prudential Insurance Company of America, Appellant. —Action by plaintiff, as administratrix of the estate of Benjamin Bluestein, deceased, on an industrial insurance policy issued on his life by the defendant on June 22, 1931, payable on his death to his executor or administrator. Determination of the Appellate Term affirming a judgment of the City Court of the City of New York, County of Bronx, in favor of the plaintiff for $1,889.85, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

The People of the State of New York v. Sam Brown, Appellant.— Defendant pleaded guilty of unlawfully possessing policy slips. He was sentenced to the Penitentiary of the City of New York. The appeal is on the ground that the sentence was excessive. Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

The People of the State of New York, Respondent, v. Joseph Stansky, Appellant.— Judgment convicting defendant of assault in the third degree (Penal Law, § 244, subd. 2) reversed and the information dismissed. Culpable negligence on the part of the defendant within the meaning of section 244, subdivision 2, Penal Law, was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes for affirmance.

The People of the State of New York, Respondent, v. Joseph Stansky, Appellant.— Judgment convicting defendant of unlawfully leaving the scene of an accident (Vehicle & Traffic Law, § 70, subd. 5-a) modified by reducing the sentence to the time already served, and as so modified affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes for affirmance.

In the Matter of the Application of Frederick Lowinger and All Other Objectors, Petitioners and Complainants Herein, Appellants, for an Order Striking Out the Names of Edward F. Doran, No. 2955 Decatur Avenue, Bronx, New York, and Alice C. Coghlan, No. 2322 Loring Place, Bronx, New York, Purportedly Designated as Members of the State Committee, and All Persons Purportedly Designated for Members of County Committee in the Petitions in All Election Districts of the Eighth Assembly District of the County of Bronx, City and State of New York, Which Petitions More Particularly Bear the Names of Benjamin Gassman, No. 1886 Harrison Avenue, Bronx, New York City, Patrick J. Meehan, No. 240 East One Hundred and Ninety-fourth Street, Bronx, New York City, David G. Osterer, No. 2090 Walton Avenue, Bronx, New York City, Charles V. Scanlan, No. 2280 Andrews Avenue, Bronx, New York City, William F. Walsh, No. 3016 Bailey Avenue, Bronx, New York City, as a Committee to Fill Vacancies, on Petitions Designating Nominees for Various Party Positions for the Democratic Primary Election to Be Held on April 2, 1936, Respondents.— Order so far as appealed from unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

George W. Wolkenberg, Appellant, v. New Jersey Crayon Co., Inc., Respondent, Impleaded with Another.— The complaint contains two causes of action. The first alleges an agreement between the parties whereby appellant was engaged as sole and exclusive sales representative for defendant-respondent